954

No. 1266, Misc. SARTAIN v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1268, Misc. FERSNER v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1269, Misc. SANCHEZ v. IOWA STATE PAROLE BOARD ET AL. Sup. Ct. Iowa. Certiorari denied.

No. 1270, Misc. MINK v. ZIEL, CLERK, U. S. DISTRICT COURT. C. A. 6th Cir. Certiorari denied.

No. 1275, Misc. SANCHEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1278, Misc. MINK v. BUCHKOE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 1280, Misc. FLINT v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 1281, Misc. SKOLNICK v. MAYOR OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied. *Raymond F. Simon, Marvin E. Aspen,* and *Edmund Hatfield* for respondents.

No. 1287, Misc. FRITZBERG v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. *Earl Faircloth,* Attorney General of Florida, and *J. Terrell Williams,* Assistant Attorney General, for respondent.

No. 1297, Misc. SHIPP v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.